UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LIGITATION

IN RE:

LIVE FACE ON WEB, LLC
COPYRIGHT LITIGATION

MDL Docket No. 2674

## JOINDER IN DEFENDANT FLORIDA STATE REALTY GROUP, INC.'S MOTION FOR CONSOLIDTATION AND TRANSFER UNDER 28 U.S.C. § 1407 BY DEFENDANTS EXPRESS SIGN, INC. AND LINDA DEPAOLO

Express Sign Outlet, Inc. and Linda DePaolo, Defendants in the case styled *Live Face on Web, LLC v. Express Sign Outlet, Inc. and Linda DePaolo*, pending in the United States District Court for the Eastern District of Pennsylvania at civil case number 5:2015-cv-03765, hereby join in Defendant Florida State Realty Group, Inc.'s motion for consolidation and transfer under 28 U.S.C. § 1407.

GROSS McGINLEY, LLP

By: _____

ANDREW H. RALSTON, JR., ESQUIRE
ID No: 88770
33 South 7th Street
PO Box 4060
Allentown, PA 18105-4060
Phone: (610) 820-5450
Fax: (610) 820-6006
E-Mail: aralston@grossmcginley.com

Date: 10/26/2015