BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | | |
|---|---|---|
| IN RE | § § | |
| LIVE FACE ON WEB, LLC<br>COPYRIGHT LITIGATION | § § § § | MDL Docket No. 2674 |

## JOINDER IN DEFENDANT FLORIDA STATE REALTY GROUP, INC.'S MOTION FOR CONSOLIDATION AND TRANSFER UNDER 28 U.S.C. § 1407 BY DEFENDANTS THE ROBIN ARK GROUP, LLC, a Texas limited liability company, and BRENTNEY R. PARKS, Individually and d/b/a ANILLO STAFFING

The Robin Ark Group, LLC, a Texas limited liability company, and Brentney R. Parks, Individually and d/b/a Anillo Staffing, Defendants in the case styled *Live Face On Web, LLC v. The Robin Ark Group, LLC, a Texas limited liability company, and Brentney R. Parks, Individually and d/b/a Anillo Staffing*, pending before the United States District Court for the Northern District of Texas, Dallas Division at civil action no. 3:15-cv-2234-L, hereby join in Defendant Florida State Realty Group, Inc.'s motion for consolidation and transfer under 28 U.S.C. § 1407.

Respectfully submitted,

THOMPSON, COE, COUSINS & IRONS, L.L.P.

By: /s/*Barry A. Moscowitz*
 Barry A. Moscowitz
 State Bar No. 24004830
 Rachael Chong Walters
 State Bar No. 24042119

Plaza of the Americas,
700 N. Pearl Street, Twenty-Fifth Floor
Dallas, TX 75201-2832
Telephone: (214) 871-8275
Telecopy: (214) 871-8209
E-Mail: bmoscowitz@thompsoncoe.com
E-Mail: rwalters@thompsoncoe.com
**COUNSEL FOR DEFENDANTS**

# **CERTIFICATE OF SERVICE**

I certify that on the 26th day of October 2015, I electronically filed the foregoing with the Clerk of Court via the CM/ECF system, which will send a notice of electronic filing to counsel of record and via regular mail to the following.

| | |
|---|---|
| Solution 21, Inc.<br>2603 Main #820<br>Irvine, CA 92618 | AZ Metroway, Inc. d/b/a Forkliftpartsales.com<br>c/o Registered Agent Ron Drake<br>155 W. Hospitality Lane, Suite 123<br>San Bernardino, CA 92408 |
| Jose Murguia<br>23 Corporate Plaza, Suite 150<br>Newport Beach, CA 92660 | Target Public Media, LLC<br>403 E. Ben White Blvd.<br>Austin, TX 78704 |
| Tweople, Inc.<br>c/o Registered Agent<br>David A. Jones<br>117 East Marks Street<br>Orlando, FL 32803 | Expo Design, Inc. c/o Registered Agent,<br>John Francis Janisch<br>728 Fairview Avenue<br>Bartlett, IL 60103 |
| David D. Rachimi<br>d/b/a Pinpoint-Emarketing<br>5399 Adams Road<br>Delray Beach, FL 33484 | Brokersbullpen, LLC<br>c/o Managing Agent Evan Sadowski<br>1605 Sue Street<br>Neptune Twp, NJ 07753 |
| Hippocratic Solutions, LLC<br>373D RT 46 W Suite 210<br>Fairfield, NJ 07004 | Peter Koukounas<br>Hippocratic Solutions, LLC<br>373D RT 46 W Suite 210<br>Fairfield, NJ 07004 |
| Smart Move Search, Inc.<br>203-31 West Shearwater Ct.<br>Jersey City, NJ 07305-5413 | Betsi Rosen<br>203-31 West Shearwater Ct.<br>Jersey City, NJ 07305-5413 |
| Michael Adair<br>Technology Consulting, LLC<br>14 Kent Avenue<br>Hastings-on-Hudson, NY 10706 | Michael Adair<br>15 Kent Avenue<br>Hastings-on-Hudson, NY 10706 |
| Diane Eagle<br>10122 Pointview Court<br>Orlando, FL 32836 | Matt Eagle<br>10122 Pointview Court<br>Orlando, FL 32836 |

Zoco, Inc. c/o Registered Agent
Ken Jenkins
110 Jolly Circle
Gun Barrel City, TX 75156

Solution 21, Inc.
c/o CEO Farid Parvini
2603 Main Street #820
Irvine, CA 92614

Shawn Wiser
11736 CR 525
Mansfield, TX 76063

Supreme Distributing, LLC c/o Registered Agent
Mark Kissell
4200 S. Cooper Street, Suite 207
Arlington, TX 76105

Daniel Moreno, individually
and d/b/a Full Service Vending Co.
19240 Pleasonton Road
San Antonio, TX 78221


/s/*Barry A. Moscowitz*