THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE:      LIVE FACE ON WEB, LLC      MDL No. 2674
WEBSITE COMPUTER CODE
COPYRIGHT INFRINGEMENT
LITIGATION

## JOINDER IN DEFENDANT FLORIDA STATE REALTY GROUP, INC.'S MOTION FOR CONSOLIDATION AND TRANSFER UNDER 28 U.S.C. § 1407 BY DEFENDANT JACKSON & JOYCE FAMILY DENTISTRY, P.L.

Jackson & Joyce Family Dentistry, P.L., Defendant in the case styled *Live Face on Web, LLC v. Jackson & Joyce Family Dentistry, P.L.,* pending in the United States District Court for the Middle District of Florida, civil case number 5:15-cv-232-JSM-PRL, hereby joins in Defendant Florida State Realty Group, Inc.'s Motion for Consolidation and Transfer under 28 U.S.C. § 1407.

Dated this 27th day of October 2015

*Respectfully Submitted,*

/s/*Jill Sarnoff Riola*
Jill Sarnoff Riola
Carlton Fields Jorden Burt, P.A.
450 S. Orange Ave.
Orlando, FL 32801
Telephone: (407) 849-0300
Facsimile: (407) 648-9099
E-Mail: jriola@cfjblaw.com
           dcarlucci@cfjblaw.com

*Counsel for Defendant Jackson & Joyce Family Dentistry, P.L.*

102544650.1